429 A.2d 1112

**Sanford R. STAROBIN and Westinghouse Broadcasting Company, Inc., Appellants**

v.

**The DEPARTMENT OF REVENUE, Harvey Bartle, III, Attorney General of the Commonwealth of Pennsylvania, and the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1981.

Decided Feb. 27, 1981.

Reargument Denied May 21, 1981.*

Howell C. Mette, Jack M. Stover, Harrisburg, for petitioner.

William S. Rawls, Harrisburg, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

* Mr. Justice Wilkinson did not participate in the consideration or decision of this matter. Mr. Justice Larsen would vote to grant.

## OPINION OF THE COURT

PER CURIAM:

The appeal is quashed as being untimely filed.